**William H. JACKSON, Appellant, v. G. W. HUMPHREY, Warden, United States Penitentiary, Lewisburg, Pennsylvania.**

No. 10298.

United States Court of Appeals Third Circuit.

Argued Dec. 4, 1950.

Decided Dec. 14, 1950.

Writ of Certiorari Denied Feb. 26, 1951.

W. H. Jackson, pro se.

Arthur A. Maguire, U. S. Atty., Scranton, Pa., Charles W. Kalp, Asst. U. S. Atty., Lewisburg, Pa., for appellee.

Before BIGGS, Chief Judge, and GOODRICH and KALODNER, Circuit Judges.

PER CURIAM.

We have given careful consideration to the point raised by the appellant, Jackson. Since we deem it to be without merit the order of the court below, D.C., 92 F.Supp. 635, will be affirmed.

**UNITED STATES of America v. Andrew A. AUGUSTINE, Appellant.**

No. 10203.

United States Court of Appeals Third Circuit.

Argued Dec. 4, 1950.

Decided Dec. 14, 1950.

Rehearing Granted Feb. 6, 1951.

Louis Mitchell Paul, Philadelphia, Pa. (John M. Smith, Jr., Philadelphia, Pa., on the brief), for appellant.

James C. Bowen, Asst. U. S. Atty., Philadelphia, Pa. (Gerald A. Gleeson, U. S. Atty., Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and GOODRICH and KALODNER, Circuit Judges.

PER CURIAM.

We are of the opinion that the facts of the case at bar are clearly distinguishable from those of Commissioner of Internal Revenue v. Wilcox, 327 U.S. 404, 66 S.Ct. 546, 90 L.Ed. 752. There was evidence from which the jury was entitled to infer that the money received by the appellant was a dividend.

Such evidence was more than sufficient to sustain the verdict of the jury and the judgment of conviction. Consequently it will be affirmed.